IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JULIA D. FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:06-CV-383 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendant's motion for summary judgment [doc. 9] is **GRANTED**, and plaintiff's motion for summary judgment [doc. 7] is **DENIED**. This civil action is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

                                                                            s/ Leon Jordan
                                                  United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
   PATRICIA L. McNUTT
     CLERK OF COURT